KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, New York 10022
Telephone (212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATON, *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

-------------------------------------------------------X

## NOTICE OF APPEAL

Wilmington Trust Company ("WTC"), in its capacity as indenture trustee with respect to the senior notes and debentures in the aggregate principal amount of $2 billion issued by Delphi Corporation, hereby appeals under 28 U.S.C. § 158(a)(1) from the Order Under 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 6004 Approving (I) Supplement to UAW Special Attrition Program, and (II) IUE-CWA Special Attrition Program, which was entered on July 7, 2006 (Docket No. 4461).

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Appellant:**

Wilmington Trust Company,
as Indenture Trustee

**Appellant's Attorneys:**

Edward M. Fox, Esq.
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

NY-#451969 v1

**Appellees:**

Delphi Corporation
ASEC Manufacturing General Partnership
ASEC Sales General Partnership
Aspire, Inc.
Delco Electronics Overseas Corporation
Delphi Automotive Systems (Holding), Inc.
Delphi Automotive Systems Global (Holding), Inc.
Delphi Automotive Systems Human Resources LLC
Delphi Automotive Systems International, Inc.
Delphi Automotive Systems Korea, Inc.
Delphi Automotive Systems LLC
Delphi Automotive Systems Overseas Corporation
Delphi Automotive Systems Risk Management Corp.
Delphi Automotive Systems Services LLC
Delphi Automotive Systems Tennessee, Inc.
Delphi Automotive Systems Thailand, Inc.
Delphi China LLC
Delphi Connection Systems
Delphi Diesel Systems Corp.
Delphi Electronics (Holding) LLC
Delphi Foreign Sales Corporation
Delphi Integrated Service Solutions, Inc.
Delphi International Holdings Corp.
Delphi International Services, Inc.
Delphi Liquidation Holding Company
Delphi LLC
Delphi Mechatronic Systems, Inc.
Delphi Medical Systems Colorado Corporation
Delphi Medical Systems Corporation
Delphi Medical Systems Texas Corporation
Delphi NY Holding Corporation
Delphi Services Holding Corporation
Delphi Technologies, Inc.
DREAL, Inc.
Environmental Catalysts, LLC
Exhaust Systems Corporation
Packard Hughes Interconnect Company
Specialty Electronics International Ltd.
Specialty Electronics, Inc.
Delphi Furukawa Wiring Systems LLC
Delphi Receivables LLC
MobileAria, Inc.

**Appellees' Attorneys:**

John Wm. Butler, Jr., Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606-1285
(312) 407-0700

Kayalyn A. Marafioti, Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

**Other Parties to the Order:**

International Union, United Automobile, Aerospace &
Agricultural Implement Workers of America

International Union of Electronic, Electrical, Salaried,
Machine and Furniture Workers-Communications
Workers of America

The Ad Hoc Equity Committee, consisting of:

Appaloosa Management, L.P.
Wexford Capital LLC
Lampe Conway & Co., LLC
Harbinger Capital Partners, LLC
Marathon Asset Management LLC

**Other Parties' Attorneys:**

Babette A. Ceccotti, Esq.
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, NY 10036
(212) 563-4100

Niraj R. Ganatra, Esq.
International Union, UAW
8000 East Jefferson Avenue
Detroit, MI 48214
(313) 926-5216

Thomas M. Kennedy, Esq.
KENNEDY, JENNIK
& MURRAY, P.C.
113 University Place
New York, NY 10003
(212) 358-1500

Hanan B. Kolko, Esq.
MEYER, SUOZZI, ENGLISH
& KLEIN, P.C.
1350 Broadway, Suite 501
New York, NY 10018
(212) 239-4999

Glenn M. Kurtz, Esq.
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200

Thomas E. Lauria, Esq.
WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700

The Official Committee of Unsecured Creditors

Robert J. Rosenberg, Esq.
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4802
(212) 906-1200

The Official Committee of Equity Security Holders

Bonnie Steingart, Esq.
FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000

General Motors Corporation[1]

Martin J. Bienenstock, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000

Robert B. Weiss, Esq.
HONIGMAN MILLER
SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7000

Dated: New York, New York
         July 17, 2006

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP

By:_____/s/ Edward M. Fox_____
     Edward M. Fox (EF1619)
     A Member of the Firm
Attorneys for Wilmington Trust Company,
as Indenture Trustee
599 Lexington Avenue
New York, New York  10022
(212) 536-3900

---

[1]      N.B. General Motors Corporation ("GM") did not file a responsive pleading regarding the Debtors' request for entry of the Order appealed from, and WTC does not concede that GM is a proper party to this appeal.