UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
WILMINGTON TRUST COMPANY,
AS INDENTURE TRUSTEE,

        Appellant

v.

DELPHI CORPORATION, et al.,

        Appellees.
-------------------------------------------------------x

Case No. 06-CV-6287 (RMB)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the within appeal, that the date by which appellant must serve and file its opening brief in the within appeal is adjourned to October 27, 2006. All further briefing shall proceed in accordance with Fed. R. Bankr. P. 8009.

Dated: New York, New York
      Augsut 22, 2006

| KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP |
|---|---|
| By: _[signature]_<br>   Edward M. Fox (EF1619)<br>   A Member of the Firm<br>Attorneys for Appellant Wilmington Trust<br>Company, as Indenture Trustee<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 536-3900 | By: _[signature]_<br>   Albert L. Hogan, III (AH8807)<br>   A Member of the Firm<br>Attorneys for Appellees,<br>Delphi Corporation, et al.<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606-1285<br>(312) 407-0700 |

SO ORDERED.

_[signature] Richard M. Berman_
United States District Judge

Date: 9/8/06

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/06

NY-460042 v1