UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
WILMINGTON TRUST COMPANY,
AS INDENTURE TRUSTEE,

    Appellant

v.

DELPHI CORPORATION, et al.,

    Appellees.
------------------------------------------------------x

**MEMO ENDORSED** *as amended*

Case No. 06-CV-6287 (RMB)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the within appeal, that the date by which appellant must serve and file its opening brief in the within appeal is adjourned to ~~December 15, 2006~~ **Nov. 30, 2006**. All further briefing shall proceed in accordance with Fed. R. Bankr. P. 8009. *(See Rules re: page limits)* **RMB**

Dated: New York, New York
      October 17, 2006

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP

By: _____
   Edward M. Fox (EF1619)
   A Member of the Firm
Attorneys for Appellant Wilmington Trust
Company, as Indenture Trustee
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: _____
   Albert L. Hogan, III (AH8807)
   A Member of the Firm
Attorneys for Appellees,
Delphi Corporation, et al.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606-1285
(312) 407-0700

SO ORDERED **RMB**
_____ Date: **10/25/06**
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/06

NY-460042 v1