UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILMINGTON TRUST,

                       Plaintiff(s),                  06 **CIVIL** 6287 (RMB)

    -against-

DELPHI CORPORATION,

                       Defendant(s).
------------------------------------------------------------X

**RICHARD M. BERMAN, U.S.D.J.:**

    For the reasons set forth at the conference held before the Court on January 8, 2007, it is hereby,

    **ORDERED**, that the Clerk of Court place the above-entitled action on the **SUSPENSE** docket.

**SO ORDERED**.

Dated: New York, New York
       January 8, 2007

                                                                 /s/ RMB
                                               Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____