*\*SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

| UNITED STATES DISTRICT COURT | **MEMO ENDORSED** |
|---|---|
| SOUTHERN DISTRICT OF NEW YORK | |

In re
DELPHI CORPORATION, et al.,
                    Debtors.

06 CV 6286 ( RMB )
06 cv 6287 ( RMB )

ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION

Upon the oral motion of __Jeremy A. Berman__ attorney for __Delphi Corporation, et al., Debtors__ and said sponsor attorney's affidavit declaration that applicant __Francis Neil MacDonald__ is a member in good standing of the bar(s) of the state(s) of __Illinois__;

and that applicant's contact information is as follows (please print):

    Applicant's Name: Francis Neil MacDonald
    Firm Name: Skadden, Arps, Slate, Meagher & Flom LLP
    Address: 333 West Wacker Drive
    City/State/Zip: Chicago, Illinois 60606-1285
    Telephone/Fax: (312) 407-0548
    Email Address: fmacdona@skadden.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/07

said applicant having requested admission pro hac vice to appear for all purposes as counsel for __Delphi Corporation, et al., Debtors__ in the above entitled action;

**IT IS HEREBY ORDERED** that __Francis Neil MacDonald__, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: 1/16/07
City, State: N.Y.C.

*Subject to payment of fee to Clerk*
RMB

United States District/~~Magistrate~~ Judge
Richard M. Berman

FOR OFFICE USE ONLY: FEE PAID $     SDNY RECEIPT#
SDNY Form Web 10/2006