# K&L | GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030

212.536.3900  www.klgates.com

**MEMO ENDORSED**

Edward M. Fox
D 212.536.4812
F 212.536.3901
edward.fox@klgates.com

> Confirmed. See you at 9:15 A.M. on 5/7/07 in Courtroom 14A.
>
> **SO ORDERED:**
> Date: 5/4/07
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

May 4, 2007

**BY FACSIMILE**

Honorable Richard M. Berman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Wilmington Trust Company as Indenture Trustee v.
Delphi Corporation, et al.
Case No. 06-CV-6287 (RMB)

Dear Judge Berman:

I am writing to confirm that the conference in the above-referenced matter scheduled for 11:00 a.m. on Monday, May 7, 2007 will, instead, be held at 9:15 a.m. on that day. Counsel to the Appellee, Delphi Corporation, has confirmed that this time is acceptable.

Very truly yours,

*Edward M. Fox*

Edward M. Fox

EMF:ef

cc: Neil MacDonald, Esq. (by facsimile)

NY-526087 v1

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 05/04/07 |